*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided October 8, 1998

### STATE OF CONNECTICUT *v.* DARRELL JOHNSON

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 50 Conn. App. 46 (AC 17858), is denied.

*Christopher T. Godialis*, assistant state's attorney, in support of the petition.

*Mark J. Welsh*, assistant public defender, in opposition.

Decided October 8, 1998

### MAX F. BRUNSWICK *v.* SAFECO INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 699 (AC 17001), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Peter B. Reilly*, in support of the petition.

*Roger J. Frechette*, in opposition.

Decided October 22, 1998